UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CHUNG, | No. C 09-02615 MHP |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BARBARA JOHNSTON, JANE SIMON, LAWRENCE MERCER, CRAIG STEWART, CHARLES SEAMAN, MELVIN BROWN, VALERIE MOORE, and HEDY CHANG, | |
| Defendants. / | |

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendants' motion to dismiss,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: October 19, 2009

MARILYN HALL PATEL
United States District Court Judge
Northern District of California